UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Aug 03 2026

ARTHUR JOHNSTON, CLERK

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:26-mj-80-BWR |
| MITCHELL TOON | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 30, 2026, and continuing through July 31, 2026,  in the county of  Harrison  in the
Southern  District of  MS, Southern Division , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Defendant, using a facility and means of interstate and foreign commerce, that is, the internet, did knowingly persuade, induce, entice, coerce, or attempt to persuade, induce, entice, or coerce a person he believed to be under 18 years of age to engage in sexual activity. |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Candice Wilson, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  8/3/2026

_____
*Judge's signature*

City and state:        Hattiesburg, MS

Bradley W. Rath, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Candice Wilson, being first duly sworn, hereby state the following under penalty of perjury:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), assigned to the Post of Duty (POD) Hattiesburg, Mississippi. I have been so employed since September 2020. As part of my duties as an HSI Special Agent, I investigate criminal violations of federal statutes, to include those related to 18 U.S.C. § 2422(b) which prohibits any person from using the mail or any means of interstate or foreign commerce, including the Internet, to knowingly persuade, induce, entice, or coerce any individual under the age of 18 to engage in sexual activity for which any person can be charged with a criminal offense, or to attempt to do so.

2. I am authorized by the Homeland Security Act of 2002 to perform the duties provided by law and regulation and empowered to conduct investigations of offenses against the United States; conduct searches without warrant at the border or its functional equivalent; conduct inquiries related to alienage and removability; execute and serve search and arrest warrants; serve subpoenas and summonses; administer oaths; make arrests without warrant; require and receive information relating to offenses; and bear firearms.

### OVERVIEW AND PURPOSE OF AFFIDAVIT

3. This Affidavit is made in support of an application for the issuance of an arrest warrant charging Mitchell Vance TOON with attempted coercion and enticement of a minor in violation of 18 U.S.C. § 2422(b). TOON is known to have recently moved to Mississippi and is a member of the United States Air Force.

1

4.      The facts in this affidavit are based on my personal knowledge, my review of investigative materials, and information provided to me by other law enforcement officers. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include every fact known to law enforcement. Statements described below are summarized in substance and, where quoted, are quoted in part.

## PROBABLE CAUSE

5.      On or about July 30, 2026, an HSI Special Agent (SA), while acting in an undercover capacity posed as a 14-year-old male on the Grindr[1] application. While using the UC account on Grindr, an individual, later identified as Mitchell TOON contacted the UC.

6.      During the conversation on Grindr, the UC informed TOON that he[2] was 14 years old. TOON later asked, "But are you dying to wrap your lips around a dick? Have your cheeks spread open? Slide inside someone?" TOON also asked the UC if they were "uncut", likely asking whether or not the UC was circumcised or not. When the UC stated no, TOON asked if he could see it. The UC informed TOON he doesn't send photos like that, and TOON asked if the UC would "whip it out" if they met. TOON also later stated, "Well I've shown you enough to put me in jail."

7.      The UC stated he was staying in Gulfport and TOON informed the UC that he was in Biloxi. TOON asked the UC if he was trying to meet up while he was in Gulfport. When the UC said yes, TOON proceeded to ask how the UC would meet up, if the UC could meet at night, and how late the UC could be out.

---

[1] Grindr is a location-based social media application that shows user profiles based on their physical proximity to one another and allows users to chat, share photos, and meet up.
[2] The "he" pronoun does not identify the identity of the UC, instead it is used to identify that TOON believed he was communicating with a male.

2

8. TOON and the UC's conversation later moved from Grindr to text. TOON messaged the UC from phone number (419) 603-6665. Open-Source information shows this number to be associated with TOON.

9. During the text conversation, TOON informed the UC his name was Mitchell. TOON sent several sexually explicit messages such as, "Show off your penis," and "You have big balls?" TOON sent, "I think your body is prolly ready for adult dick." The UC responded, "Ooo ya?" TOON responded with, "We'll know for sure when I see you." TOON also sent a photo of himself where the viewer can see TOON's face, torse and pelvic area, but he is standing behind a sink, so his penis is not shown. TOON also asked if the UC would be able to meet him the next day, July 31, 2026.

10. On July 31, 2026, the UC told TOON his family was about to leave. TOON asked how long they would be gone, and the UC told him they'd be coming back around 8. TOON asked, "You nervous to meet?" The UC said no and asked if he was. TOON said "I am. Mostly because of you know what". The UC asked if TOON was referring to his wife. TOON responded, "Nah. You". TOON also asked the UC to "Take a pic of you alone in the room rn lol," and followed it with "Help my nerves."

11. TOON asked where the UC was, and the UC informed him he was by the Walmart in Gulfport. TOON and the UC arranged to meet in that area.

12. At approximately 5:20 pm, HSI agents observed TOON's vehicle, a white Lexus bearing Florida license plate BS42FD, driving in the Walmart/Gamestop parking lot. Once TOON parked his vehicle, HSI agents and participating state and local law enforcement officers approached TOON, removed him from the vehicle, and transported him to HSI Gulfport.

## CONCLUSION

13.    Based on the aforementioned facts, it is my belief that on or about July 30, 2026, and continuing through July 31, 2026, TOON did knowingly attempt to coerce and/or entice someone he believed to be under 18 years of age to engage in sexual activity for which TOON could be charged with a criminal offense, including Section 97-3-95 of the Code of Mississippi (sexual battery of a minor), through interstate commerce communications, in violation of 18 U.S.C. § 2422(b).

Respectfully submitted,

Candice Wilson
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me this _3rd_ day of August 2026.

United States Magistrate Judge

4